UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYRONE WEST,

    Defendant,

SGT. JOSEPH SMITH,

    Petitioner.

Case No. 17-mc-51307
Criminal Case No. 16-cr-20803
Honorable Matthew F. Leitman

_____/

## STIPULATED ORDER GRANTING PETITION AND DIRECTING RETURN OF FIREARM TO DETROIT POLICE DEPARTMENT

The United States of America together with Sgt. Joseph Smith, by and through his attorney, Sharon Blackmon, hereby submit this Stipulated Order to grant Sgt. Smith's petition for return of one (1) Smith & Wesson, .40 caliber pistol, serial number HTU8418, to the Detroit Police Department, and stipulate and agree to the following:

1. On or about July 19, 2017, the Court entered a Stipulated Preliminary Order of Forfeiture (Dkt. 45, 16-cr-20803) forfeiting Defendant's right, title or interest in one (1) Smith & Wesson, .40 caliber pistol, serial number HTU8418.

2. The Detroit Police Department, by and through Sgt. Smith, filed a timely and proper petition for return of the Smith & Wesson, .40 caliber pistol, serial number HTU8418, on September 20, 2017 (Dkt. #1).

3. On or about October 5, 2016, the Court entered an amendment to the forfeiture order (Dkt. # 52, 16-cr-20803) ordering the return of the firearm to the Detroit Police Department.

4. The parties agree that right, title and interest of the Detroit Police Department in the one (1) Smith & Wesson, .40 caliber pistol, serial number HTU8418 is not forfeited to the United States, and the firearm may be released to the Detroit Police Department when it is no longer needed by the government as evidence in criminal case number 16-cr-20803, including in any direct appeal or thereafter.

s/Shankar Ramamurthy
SHANKAR RAMAMURTHY
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-9562
Shankar.ramamurthy@usdoj.gov
[IL Bar No. 6306790]

Dated: January 25, 2018

s/Sharon Blackmon (with consent)
SHARON BLACKMON
Attorney for Petitioner
2 Woodward Ave, Suite 500
Detroit, MI 48226
(313) 237-3009
blacs@detroitmi.gov
[P30940]

Dated: January 25, 2018

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 26, 2018